# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 3:20-CR-3120-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO CONTINUE** |
| JUAN VASQUEZ-PEREZ, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, the motion hearing / trial setting currently scheduled for Friday, November 13, 2020 is **VACATED AND RESET** for December 11, 2020, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: November 12, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge