UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 20CR3120-JLS |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING JOINT |
| | ) MOTION TO CONTINUE |
| JUAN VASQUEZ-PEREZ, | ) MOTION HEARING/TRIAL |
| | ) SETTING |
| Defendant. | ) |
| | ) |

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for March 19, 2021 be continued to April 23, 2021 at 1:30 p.m. The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated:  March 16, 2021

Hon. Janis L. Sammartino
United States District Judge